674 A.2d 697

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**William NOLAN, Petitioner.**

Supreme Court of Pennsylvania.

May 7, 1996.

## ORDER

PER CURIAM:

AND NOW, this 7th day of May, 1996, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following issue:

Whether the trial court erred in permitting the Commonwealth to use Petitioner's prior criminal record during his cross-examination instead of as part of the Commonwealth's rebuttal case.